IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00239–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONEL ALONSO MORENO-RUIZ,

    Defendant.

---

## ORDER

---

Upon consideration of Defendant's motion to reconsider sentence, the court finds that it lacks legal authority to reconsider the sentence. Accordingly, it is

ORDERED that the motion (#50) be DENIED.

Dated this 24th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge