IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Edward W. Nottingham

Civil Action No.  06-cv-01383-EWN
Criminal Action No. 05-cr-00239-EWN

UNITED STATES OF AMERICA,

    v.

LEONEL ALONSO MORENO-RUIZ,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before August 21, 2006, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: July 21, 2006

                BY THE COURT:

                s/ Edward W. Nottingham
                Edward W. Nottingham
                United States District Judge